# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                         Case Number: 4:22–cr–00115

Terrione Tyler

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  7/26/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 25, 2022

Nathan Ochsner, Clerk